# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

139721

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CARL L. NICOLET,
      Plaintiff-Appellant,

v

SC: 139721
COA: 284861
Wayne CC: 06-620467-CD

BRINKS, INC., and JOHN BEDNARSKI,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the August 13, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk